FILED

04/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0131



# IN THE SUPREME COURT OF THE STATE OF MONTANA
# THE OFFICE OF THE CLERK OF SUPREME COURT
# HELENA, MONTANA 59620-3003

Supreme Court No.
DA 20-0131

**FILED**

APR 0 8 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

RONALD LATRAY,

     Petitioner and Appellant,

     v.

STATE OF MONTANA,

     Respondent and Appellee.

**GRANT OF EXTENSION**

     Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until May 16, 2020, to prepare, file, and serve the opening brief.

DATED this April 8, 2020

Bowen Greenwood
Clerk of the Supreme Court

c:     Ronald O. LaTray, Timothy Charles Fox, Scott D. Twito